IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:06CR590 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| v. ) | MAGISTRATE JUDGE VECCHIARELLI |
| ) | |
| GERALDINE MCCAULLEY, ) | |
| ) | |
| Defendant. ) | ORDER |

The Court issued an Order on October 24, 2007 regarding "Defendant's Competency to Stand Trial," ECF Doc. 33. The Court found, by a preponderance of the evidence, that Defendant, Geraldine McCaulley, is presently suffering from a mental disease or defect, specifically dementia, rendering her mentally incompetent to the extent that she is unable to assist properly in her defense. See 18 U.S.C 4241(d).

The Court amends it previous Order (ECF Doc. No. 34) as follows:

- The Defendant, Geraldine McCaulley, shall report to the United States Marshal , U.S. District Court, 801 West Superior Avenue, 12th Floor, Cleveland, OH 44113, on Tuesday, January 10, 2008 by 12:00 p.m.; and,

- The Defendant remains under Pretrial Services Supervision and will continue to abide by the terms and conditions of pretrial release.

IT IS SO ORDERED.

*Christopher A. Boyko*
Christopher A. Boyko
U.S. District Court Judge

December 18, 2007